```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CRAIG D. ANDERSON<br><br>        Plaintiff,<br><br>   v.<br><br>ZFC LEGAL TITLE TRUST I, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE; ZAIS FINANCIAL CORPORATION; FAY SERVICING, LLC; FEIN, SUCH, KAHN & SHEPARD, P.C.; WELLS FARGO BANK; WACHOVIA MORTGAGE CORPORATION; M.E.R.S. INC.; CITI; MARK BISCHOF; XEE MOUA; CINDY SMITH; NICOLE SIMMONS; LAUREN POWELL; SUSAN E. BALFANZ<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 16-1499 (JBS/KMW)<br><br>**ORDER** |

This matter having come before the Court on Defendants' motions to dismiss the Complaint [Docket Items 6, 14, 17, 21]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this **22nd** day of **December**, **2016,** hereby

    ORDERED that Defendants' motions to dismiss [Docket Items 6, 14, 17, 21] are **GRANTED**; and it is further

    ORDERED that Plaintiff's Complaint shall be, and hereby is, **DISMISSED**; all federal claims are dismissed with prejudice and

all state law claims are dismissed without prejudice for lack of supplemental jurisdiction; and it is further

ORDERED that the Clerk of Court shall **CLOSE** this case upon the docket.

                                           **s/ Jerome B. Simandle**
                                           JEROME B. SIMANDLE
                                           Chief U.S. District Judge